People of State of Illinois, Defendant in Error, v. Frank Braune, Impleaded, Plaintiff in Error.

Gen. No. 43,198.

Heard in the third division, first district, this court at the October term, 1944; opinion filed February 14, 1945; released for publication March 5, 1945.

Meyers, Siegal, Charlens & Seyfarth, for plaintiff in error; Morris Gordon Meyers, of counsel; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.